UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CASE NO. 3:17 PO 096** |
| Plaintiff, | : | **MICHAEL J. NEWMAN**<br>**United States Magistrate Judge** |
| vs. | : | |
| **JOSHUA FULLER** | : | **GOVERNMENT'S MOTION FOR DISMISSAL** |
| Defendant. | | |

Now comes the United States, by and through counsel, and respectfully requests the Court dismiss the above captioned case.

Granted.
MJN
8/24/17

Respectfully submitted,

BENJAMIN C. GLASSMAN
United States Attorney

s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney
Attorney for Plaintiff
200 West Second Street, Suite 600
Dayton, Ohio 45402
Office: (937) 225-2910
Laura.Clemmens@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Motion was electronically filed on 18 August 2017 and Defense Counsel of Record will be notified of this Motion through CM/ECF.

s/Laura I. Clemmens
LAURA I. CLEMMENS (OR 02276)
Assistant United States Attorney

1